UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

TRE VON A. WOODARDS,

    Plaintiff,

v.                                                     No. 1:19-CV-243-H-BU

STATE OF TEXAS, et al.,

    Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case on February 19, 2021. *See* Dkt. No. 18. Judge Parker recommended that the Court dismiss the case without prejudice for want of prosecution. No objections to the FCR were filed. The District Court has therefore reviewed the proposed FCR for plain error. *U.S. ex rel. Steury v. Cardinal Health, Inc.*, 735 F.3d 202, 205 (5th Cir. 2013) ("[P]lain error review applies when a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court, so long as the party was served with notice of the consequences of failing to object.") (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1)). Finding no error, plain or otherwise, the Court accepts the FCR of the United States Magistrate Judge.

The plaintiff's claims against the defendants are dismissed without prejudice. The Court will enter a judgment in accordance with Federal Rule of Civil Procedure 58 in a separate document.

So ordered on June 7, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE